1843.

Pratt
v.
Babcock.

It was suggested upon the argument that an injunction had been granted, by which the officers of the corporation were deprived of the control of the whole property. Such an injunction should not be issued ex parte, on the certificate of a vice chancellor or injunction master out of court. But upon the appointment of a receiver of all the property and effects of a corporation, for the purpose of closing up its affairs, it is proper that the court should make it a part of the order, that the directors and officers of the corporation be restrained from collecting any debts or demands due to the company, and from paying out, assigning, or delivering any of the property, moneys, or effects of the corporation to any other person, and from incumbering the same. The affirmance of the order, therefore, is to be without prejudice to the right of either party to apply, to the vice chancellor, to have the receivership extended to all the property and effects of the corporation ; and to have an injunction granted in the proper form, if it has not already been regularly issued.

Order accordingly.

---

## PRATT vs. BABCOCK & DIXON.

Where a defendant in a creditor's suit has been discharged under the bankrupt act, subsequent to the commencement of the suit, the complainant will be permitted to dismiss his bill as to such defendant without costs.

THIS was an application by the complainant for leave to dismiss his bill as to Babcock, one of the defendants, who had been discharged under the bankrupt act subsequent to the commencement of this suit.

*O. Mead,* for the complainant.

*H. Sheldon,* for the defendant.

The CHANCELLOR said that where a defendant was a proper party, as one of the judgment debtors, at the time of the filing

of the bill, and had subsequently been discharged, it was a matter of course to permit the complainant to dismiss his bill as to such party, if the application was made within a reasonable time after the complainant had notice of the discharge under the bankrupt act ; unless the defendant would stipulate to waive the benefit of his discharge.

Order accordingly.